■

Jarod RHODES, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 149, 2016

Supreme Court of Delaware.

Submitted: August 9, 2016
Decided: September 19, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID 0803035910

GRANTED. AFFIRMED.

■

Nathan MCNEIL, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 696, 2015

Supreme Court of Delaware.

Submitted: July 15, 2016
Decided: September 20, 2016
Rehearing En Banc Denied
October 5, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1302010193

AFFIRMED.

■

Kennard O. TERRY, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 448, 2016

Supreme Court of Delaware.

Submitted: September 19, 2016
Decided: September 20, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID 1507014451

DISMISSED.

■

James Arthur BIGGINS, Petitioner
Below-Appellant,

v.

Robert COUPE, et al., Respondents
Below-Appellees.

No. 299, 2016

Supreme Court of Delaware.

Submitted: July 22, 2016
Decided: September 21, 2016

Court Below: Superior Court of the State of Delaware, C.A.No.N16M-02-175

AFFIRMED.